UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRIEST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BENTLEY, et al.,<br><br>　　　　Defendant. | No. 2: 21-cv-0058 KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request, which must be completed by plaintiff's institution of incarceration, has not been filled out.  Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

////

1

3.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: January 13, 2021

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Priest58.3c