UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRIEST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENTLEY, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-0058 KJN P<br><br><br>ORDER |

     Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed March 10, 2021, service of process was ordered on defendants in this action, including defendant Bentley.  On March 30, 2021, service of process was returned unexecuted on defendant Bentley because such individual is deceased.  In light of the suggestion of defendant Bentley's death upon the record, the Clerk of the Court will be directed to serve a copy of the USM-285 form on plaintiff together with a copy of this order.  Service of such form will invoke the ninety-day time limit for filing a motion for substitution pursuant to Federal Rule of Civil Procedure 25(a)(1).

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall serve on plaintiff forthwith a copy of the USM-285 form returned on March 30, 2021 together with this order.

Dated:  April 2, 2021

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

prie0058.death.def