UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRIEST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENTLEY, et al.,<br><br>　　　　　Defendants. | No. 2: 21-cv-0058 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On April 29, 2021, the undersigned referred this action to the Post-Screening ADR Project and stayed this action for 120 days. (ECF No. 22.) Pending before the court is defendants' June 10, 2021 motion to opt out of the Post-Screening ADR Project. (ECF No. 23.) Good cause appearing, defendants' motion to opt out is granted.

Defendants ask the court to set a responsive-pleading deadline for a date at least 120 days from June 10, 2021. Defendants have not shown good cause to grant the request for 120 days to file a responsive pleading. Defendants are granted 90 days from the date of this order to file a responsive pleading.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the Post-Screening ADR Project (ECF No. 23) is granted;

1

2. The stay in this action is lifted;

3. Defendants shall file a responsive pleading within 90 days of the date of this order.

Dated: June 25, 2021

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Pr58.ord.kc