UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRIEST, | No. 2: 21-cv-0058 KJN P |
| Plaintiff, | |
| v. | ORDER |
| BENTLEY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, plaintiff's motion for a one-year extension of time to conduct discovery (ECF No. 25) is denied.

On June 25, 2021, the undersigned granted defendants' motion to opt out of the Post Screening ADR Project. (ECF No. 24.) The undersigned granted defendants ninety days to file a responsive pleading. (Id.)

On August 2, 2021, plaintiff filed the pending motion for a one-year extension of time to conduct discovery. (ECF No. 25.) In this motion, plaintiff states that he needs one year to identify, locate and retrieve all documents related to his treatment, lack thereof, as well as any claimed defenses. (Id.)

The undersigned has not issued a discovery and scheduling order setting a discovery deadline. For this reason, plaintiff's motion for an extension of time to conduct discovery is

denied as unnecessary. Once the discovery and scheduling order is filed, setting the discovery deadline, any request for an extension of time to conduct discovery must be supported by good cause.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time to conduct discovery (ECF No. 25) is denied.

Dated: August 6, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Pr58.eot