UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRIEST, | No. 2:21-cv-0058 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| MARTIN KUERSTEN, et al., | |
| Defendants. | |

Pending before the court is plaintiff's motion for extension of time to file a reply to defendants' opposition to plaintiff's motion for contempt, sanctions and dispositive relief. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 57) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a reply to defendants' opposition to plaintiff's motion for contempt, sanctions and dispositive relief.

Dated: July 8, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

prie0058.36