IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID PRIEST,**<br><br>Plaintiff,<br><br>v.<br><br>**KUERSTEN, et al.,**<br><br>Defendants. | Case No. 2:21-cv-0058-TLN-KJN (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

Pending before the court is defendants' motion for a twenty-one days extension of time to file a supplemental summary judgment motion.

Good cause appearing, IT IS HEREBY ORDERED that defendants' motion for extension of time (ECF No. 71) is granted; defendants' supplemental summary judgment motion is due on or before December 22, 2022; plaintiff's opposition is due twenty-one days thereafter; defendants' reply is due fourteen days after plaintiff's opposition is filed on the court's electronic filing system.

Dated: December 1, 2022

Pr58.eot(d2).kc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1

Order Granting Defs.' Mot. Extension Time File Suppl. Mot. Summ. J.  (2:21-cv-0058-TLN-KJN (PC))