UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID PRIEST,

          Plaintiff,

   v.

BENTLEY, et al.,

          Defendants.

No.  2:21-cv-0058 TLN KJN P

ORDER

Plaintiff filed a motion for an extension of time to file objections to the March 9, 2023, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 88) is granted; and

2.  Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations.

Dated:  March 29, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

prie0058.36

1