UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRIEST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BENTLEY, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-0058-TLN-KJN<br><br>**ORDER** |

　　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 9, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 9, 2023 (ECF No. XX) are ADOPTED IN FULL;
2. Defendants' Supplemental Motion for Summary Judgement (ECF No. 75) is GRANTED;
3. This action is DISMISSED; and
4. The Clerk of Court is directed to close this case.

Date:  February 2, 2024

　　　　　　　　　　　　　　　　　　　　　　
Troy L. Nunley
United States District Judge